**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 08-6532**

─────────────

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

      v.

ANTHONY LAVAR HAGWOOD,

                Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of Virginia, at Danville.  Jackson L. Kiser, Senior District Judge.  (4:04-cr-70014-jlk-1)

─────────────

Submitted:  May 21, 2009          Decided:  May 26, 2009

─────────────

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Anthony Lavar Hagwood, Appellant Pro Se. Anthony Paul Giorno, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Lavar Hagwood appeals the district court's order granting his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Hagwood</u>, No. 4:04-cr-70014-jlk-1 (W.D. Va. filed Mar. 27, 2008 & entered Mar. 28, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>